UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JACKMAN, CARDINAL ST. JOHN | § | Case No. 08-31116 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/28/2013 in Courtroom 680,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/29/2013          By: /s/ Barry A. Chatz, Trustee
                                      Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 08-31116-JPC
Cardinal St. John Jackman  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: dpruitt　　　Page 1 of 3　　　Date Rcvd: Feb 11, 2013
　　　　　　　　　　　　　Form ID: pdf006　　　Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2013.
```
db           +Cardinal St. John Jackman,    P.O. Box 291111,    Chicago, IL 60629-6111
14349729      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12867025      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
12867027     #CitiFinancial,    P.O. Box 140489,    Irving, TX 75014-0489
12867029     +CitiFinancial,    4928 S. Kedzie Ave., #106,    Chicago, IL 60632-3042
12867030     +Countrywide Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
12867031     +Felicia Cowley,    6131 S. Campbell,    Chicago, IL 60629-1213
12867032     +Felicia Y. Cowley,    6131 South Campbell Ave.,    Chicago, IL 60629-1213
12867033      HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
12867034      Malcolm S. Gerald and Associates, I,    322 South Michigan Avenue,    Suite 600,
               Chicago, IL 60604
19931994      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
12867035     +Randall Wolff, Esq.,    3325 N. Arlington Heights Rd, #500,    Arlington Heights, IL 60004-1584
12867036     +Rotman & Elovitz,    180 North LaSalle Street,    Suite 2101,    Chicago, IL 60601-2701
12867038      Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
13603622      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13683998     +E-mail/Text: bncmail@w-legal.com Feb 12 2013 03:14:12     CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12867026     +E-mail/Text: bk.notifications@jpmchase.com Feb 12 2013 02:26:18     Chase Automotive Finance,
               P.O. Box 5210,    New Hyde Park, NY 11042-5210
13747660      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 12 2013 03:02:12
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13514105     +E-mail/Text: bk.notifications@jpmchase.com Feb 12 2013 02:26:18     JPMorgan Chase Bank, N.A.,
               201 N Central Ave, AZ1-1191,    Phoenix, AZ 85004-0073
19931995      E-mail/PDF: rmscedi@recoverycorp.com Feb 12 2013 02:36:46
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13810236     +E-mail/PDF: rmscedi@recoverycorp.com Feb 12 2013 02:32:53
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12867037     +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2013 02:36:14     Sam's Club,    P.O. Box 981064,
               El Paso, TX 79998-1064
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Joseph A Baldi & Associates P C
12867024     ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
12867039    ##+Washington Mutual,    P.O. Box 99604,    Arlington, TX 76096-9604
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dpruitt              Page 2 of 3              Date Rcvd: Feb 11, 2013
                              Form ID: pdf006            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2013**                              **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: dpruitt              Page 3 of 3              Date Rcvd: Feb 11, 2013
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2013 at the address(es) listed below:
          Barry A Chatz    bachatz@arnstein.com,
          bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Donna B Wallace    on behalf of Trustee Barry A Chatz dbwallace@ameritech.net
          Gregory K Stern    on behalf of Debtor Cardinal St. John Jackman gstern1@flash.net,
          steve_horvath@ilnb.uscourts.gov
          Joseph A Baldi    on behalf of Trustee Barry A Chatz jabaldi@baldiberg.com,
          jabaldi@ameritech.net;jmanola@baldiberg.com
          Michael  Dimand    on behalf of Creditor    BANK OF AMERICA, N.A. mdimand@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 6