UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
JACKMAN, CARDINAL ST. JOHN                      §       Case No. 08-31116
                                                §
              Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/BARRY A. CHATZ_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Automotive Finance P.O. Box 5210 New Hyde Park, NY 11042 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Loans P.O. Box 5170 Simi Valley, CA 93093-5170 | | | | | |
| 000001 | JPMORGAN CHASE BANK, N.A. | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | CitiFinancial P.O. Box 140489 Irving, TX 75014-0489 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Felicia Cowley 6131 S. Campbell Chicago, IL 60629 | | | | | |
| | HSBC Card Services P.O. Box 81622 Salinas, CA 93912-1622 | | | | | |
| | Representing: CitiFinancial | | | | | |
| | Representing: Felicia Cowley | | | | | |
| | Representing: HSBC Card Services | | | | | |
| | Rotman & Elovitz 180 North LaSalle Street Suite 2101 Chicago, IL 60601 | | | | | |
| | Sam's Club P.O. Box 981064 El Paso, TX 79998-1054 | | | | | |
| | Sears P.O. Box 6282 Sioux Falls, SD 57117-6282 | | | | | |
| | Washington Mutual P.O. Box 99604 Arlington, TX 79096-9604 | | | | | |
| 000003 | CHASE BANK USA, NA | | | | | |
| 000002 | ECAST SETTLEMENT CORP FOR HSBC BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-31116 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | JACKMAN, CARDINAL ST. JOHN | | | Date Filed (f) or Converted (c): | 11/14/08 (f) |
| | | | | 341(a) Meeting Date: | 12/23/08 |
| For Period Ending: | 08/24/13 | | | Claims Bar Date: | 04/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 FLAT LOCATED AT 6131 SOUTH CAMPBELL AVENUE, CHIC 3 | 270,000.00 | 140,000.00 | OA | 15,500.00 | FA |
| 2. CHECKING ACCOUNT, TCF BANK | 24.23 | 24.23 | OA | 0.00 | FA |
| 3. SAVINGS ACCOUNT, TCF BANK | 25.00 | 25.00 | OA | 0.00 | FA |
| 4. 2 TVS, VCR/DVD, LIVING ROOM SET, BEDROOM SET, REFR | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 5. NECESSARY WEARING APPAREL | 350.00 | 350.00 | OA | 0.00 | FA |
| 6. TERM LIFE INSURANCE THROUGH EMPLOYER | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 401K THROUGH EMPLOYER | 0.00 | Unknown | OA | 0.00 | FA |
| 8. 2006 CHRYSLER LX | 17,000.00 | 17,000.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | OA | 1.81 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $288,399.23 | $158,399.23 | | $15,501.81 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR ENTERED 3/28/13; ALL CHECKS DISTRIBUTED; WAITING FOR $0 BANK BALANCE TO FILE TDR

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 03/28/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.02g

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-31116 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | JACKMAN, CARDINAL ST. JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6566  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0310 | | | |
| For Period Ending: | 08/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/10 | 1 | FELICIA COWLEY<br>6131 SOUTH CAMPBELL AVENUE<br>CHICAGO, IL 60629 | REAL ESTATE PROCEEDS | 1110-000 | 340.00 | | 340.00 |
| 07/21/10 | 1 | MELINDA M. WRIGHT<br>6131 SOUTH CAMPBELL AVENUE<br>CHICAGO, IL 60629-1213 | REAL ESTATE PROCEEDS | 1110-000 | 600.00 | | 940.00 |
| 07/21/10 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 560.00 | | 1,500.00 |
| 07/21/10 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 2,500.00 |
| 07/21/10 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 3,500.00 |
| 07/21/10 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 4,500.00 |
| 07/21/10 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 5,500.00 |
| 07/21/10 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 6,500.00 |
| 07/21/10 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 7,500.00 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 7,500.03 |
| 08/25/10 | 1 | FELICIA COWLEY<br>6131 SOUTH CAMPBELL AVENUE<br>CHICAGO, IL 60629 | REAL ESTATE PROCEEDS | 1110-000 | 500.00 | | 8,000.03 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.23 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.43 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.63 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.83 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,001.03 |
| 01/13/11 | | Transfer to Acct #*******7112 | Bank Funds Transfer | 9999-000 | | 5,650.20 | 2,350.83 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 2,350.95 |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 2.03 | 2,348.92 |
| * 02/07/11 | | FELICIA COWLEY<br>6131 SOUTH CAMPBELL AVENUE<br>CHICAGO, IL 60629 | REAL ESTATE PROCEEDS | 1110-003 | 3,000.00 | | 5,348.92 |

Page Subtotals      11,001.15      5,652.23

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-31116 |
| Case Name: | JACKMAN, CARDINAL ST. JOHN |
| Taxpayer ID No: | *******0310 |
| For Period Ending: | 08/24/13 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6566  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/11 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 6,348.92 |
| 02/08/11 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 7,348.92 |
| 02/08/11 | 1 | FELICIA COWLEY | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 8,348.92 |
| * 02/15/11 | | FELICIA COWLEY 6131 SOUTH CAMPBELL AVENUE CHICAGO, IL 60629 | REAL ESTATE PROCEEDS PREVIOUSLY CLEARED TRANSACTION WAS RETURNED FOR NONSUFFICIENT FUNDS | 1110-003 | -3,000.00 | | 5,348.92 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 5,348.95 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,349.00 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,349.04 |
| 05/02/11 | 1 | MELINDA M. WRIGHT 6131 SOUTH CAMPBELL AVENUE CHICAGTO, IL 60629-1213 | REAL ESTATE PROCEEDS | 1110-000 | 500.00 | | 5,849.04 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,849.09 |
| 06/10/11 | 1 | FELICIA COWLEY 6131 SOUTH CAMPBELL AVENUE CHICAGO, IL 60629 | REAL ESTATE PROCEEDS | 1110-000 | 1,000.00 | | 6,849.09 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,849.14 |
| 07/08/11 | 1 | FELICIA COWLEY 6131 SOUTH CAMPBELL AVENUE CHICAGO, IL 60629 | REAL ESTATE PROCEEDS | 1110-000 | 500.00 | | 7,349.14 |
| 07/22/11 | 1 | MELINDA M. WRIGHT 6131 S. CAMPBELL AVENUE CHICAGO, IL 60629-1213 | REAL ESTATE PROCEEDS | 1110-000 | 1,055.00 | | 8,404.14 |
| 07/22/11 | 1 | FELICIA COWLEY 6131 SOUTH CAMPBELL AVENUE CHICAGO, IL 60629 | REAL ESTATE PROCEEDS | 1110-000 | 775.00 | | 9,179.14 |
| 07/22/11 | 1 | FELICIA COWLEY 6131 SOUTH CAMPBELL CHICAGO, IL 60629 | REAL ESTATE PROCEEDS | 1110-000 | 670.00 | | 9,849.14 |

Page Subtotals    4,500.22    0.00

Ver: 17.02g

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-31116 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | JACKMAN, CARDINAL ST. JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6566 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0310 | | | |
| For Period Ending: | 08/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 9,849.20 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,849.29 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,849.37 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,849.45 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.55 | 9,836.90 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,836.98 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.13 | 9,824.85 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 9,824.90 |
| 12/20/11 | | Transfer to Acct #*******5131 | Final Posting Transfer | 9999-000 | | 9,824.90 | 0.00 |

| | COLUMN TOTALS | 15,501.81 | 15,501.81 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 15,475.10 | |
| | Subtotal | 15,501.81 | 26.71 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 15,501.81 | 26.71 | |

Page Subtotals 0.44 9,849.58

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31116 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JACKMAN, CARDINAL ST. JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7112 BofA - Checking Account |
| Taxpayer ID No: | *******0310 | | |
| For Period Ending: | 08/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 01/13/11 | | Transfer from Acct #*******6566 | Bank Funds Transfer | | 9999-000 | 5,650.20 | | 5,650.20 |
| 01/13/11 | 003001 | BALDI BERG & WALLACE, LTD. | ATTORNEY FOR TRUSTEE | | | | 5,650.20 | 0.00 |
| | | 19 SOUTH LASALLE STREET, SUITE 1500 | PURSUANT TO 1/11/11 COURT ORDER | | | | | |
| | | CHICAGO, IL 60603 | | | | | | |
| | | | Fees | 5,632.50 | 3210-000 | | | |
| | | | Expenses | 17.70 | 3220-000 | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,650.20 | 5,650.20 | 0.00 |
| Less: Bank Transfers/CD's | 5,650.20 | 0.00 | |
| Subtotal | 0.00 | 5,650.20 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5,650.20 | |

Page Subtotals 5,650.20 5,650.20

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-31116 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | JACKMAN, CARDINAL ST. JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5131 BofA - Checking Account |
| Taxpayer ID No: | *******0310 | | |
| For Period Ending: | 08/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******6566 | Transfer In From MMA Account | 9999-000 | 9,824.90 | | 9,824.90 |
| 01/20/12 | | Transfer to Acct #*******4174 | Bank Funds Transfer | 9999-000 | | 9,824.90 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 9,824.90 9,824.90 0.00 |
| Less: Bank Transfers/CD's | 9,824.90 9,824.90 |
| Subtotal | 0.00 0.00 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00 0.00 |

Page Subtotals 9,824.90 9,824.90

Ver: 17.02g

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-31116 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | JACKMAN, CARDINAL ST. JOHN | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4174 Checking Account |
| Taxpayer ID No: | *******0310 | | |
| For Period Ending: | 08/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******5131 | Bank Funds Transfer | 9999-000 | 9,824.90 | | 9,824.90 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 9,824.90 | 0.00 |
| | | | COLUMN TOTALS | | 9,824.90 | 9,824.90 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 9,824.90 | 9,824.90 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals 9,824.90 9,824.90

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 7

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-31116 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | JACKMAN, CARDINAL ST. JOHN | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9041  Checking Account |
| Taxpayer ID No: | *******0310 | | | |
| For Period Ending: | 08/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 9,824.90 | | 9,824.90 |
| 03/28/13 | 300001 | BARRY A. CHATZ | Chapter 7 Compensation/Expense | | | 2,395.41 | 7,429.49 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| | | | Fees           2,300.18 | 2100-000 | | | |
| | | | Expenses          95.23 | 2200-000 | | | |
| 03/28/13 | 300002 | BALDI BERG & WALLACE, LTD. | ATTORNEY FOR TRUSTEE | 3210-000 | | 1,715.00 | 5,714.49 |
| 03/28/13 | 300003 | eCAST Settlement Corp for HSBC Bank NV | Claim 000002, Payment 84.69% | 7100-000 | | 1,568.99 | 4,145.50 |
| | | PO Box 35480 | | | | | |
| | | Newark NJ 07193-5480 | | | | | |
| 03/28/13 | 300004 | CHASE BANK USA, NA | Claim 000003, Payment 84.69% | 7100-000 | | 1,801.18 | 2,344.32 |
| | | PO BOX 15145 | | | | | |
| | | WILMINGTON, DE 19850-5145 | | | | | |
| 03/28/13 | 300005 | FIA CARD SERVICES, NA/BANK OF AMERICA | Claim 000004, Payment 84.69% | 7100-000 | | 1,751.82 | 592.50 |
| | | BY AMERICAN INFOSOURCE LP AS ITS AGENT | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| * 03/28/13 | 300006 | Recovery Management Systems Corp | Claim 000005, Payment 84.69% | 7100-003 | | 592.50 | 0.00 |
| | | For GE Money Bank dba SAM'S CLUB | | | | | |
| | | 25 SE 2nd Ave Ste 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| * 03/28/13 | 300006 | Recovery Management Systems Corp | Claim 000005, Payment 84.69% | 7100-003 | | -592.50 | 592.50 |
| | | For GE Money Bank dba SAM'S CLUB | CLAIM TRANSFERRED FROM GE MONEY | | | | |
| | | 25 SE 2nd Ave Ste 1120 | BANK TO MIDLAND FUNDING LLC ON 1/18/13 | | | | |
| | | Miami FL 33131 | | | | | |
| 03/28/13 | 300007 | Midland Funding LLC | Claim 000005, Payment 84.69% | 7100-000 | | 592.50 | 0.00 |
| | | By its authorized Agent Recoser, LLC | PURSUANT TO TRANSFER OF CLAIM FILED | | | | |
| | | 25 SE 2nd Ave Ste 1120 | 1/18/13 | | | | |

Page Subtotals           9,824.90           9,824.90

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011)  *(Page: 15)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 08-31116 | Trustee Name: BARRY A. CHATZ |
| Case Name: JACKMAN, CARDINAL ST. JOHN | Bank Name: BANK OF NEW YORK MELLON |
| | Account Number / CD #: *******9041 Checking Account |
| Taxpayer ID No: *******0310 | |
| For Period Ending: 08/24/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 9,824.90 | 9,824.90 | 0.00 |
| Less: Bank Transfers/CD's | 9,824.90 | 0.00 | |
| Subtotal | 0.00 | 9,824.90 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,824.90 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6566 | 15,501.81 | 26.71 | 0.00 |
| BofA - Checking Account - ********7112 | 0.00 | 5,650.20 | 0.00 |
| BofA - Checking Account - ********5131 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4174 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********9041 | 0.00 | 9,824.90 | 0.00 |
| | 15,501.81 | 15,501.81 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)